1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MONICA McCARRICK,

No. 2: 17-cv-2652 KJN P

        Petitioner,

  v.

ORDER

JANELLE ESPINOZA,

        Respondent.

Petitioner is a state prisoner, proceeding pro se and in forma pauperis, with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. In light of the complexity of the legal issues involved, the court has determined that the interests of justice require appointment of counsel. See 18 U.S.C. § 3006A(a)(2)(B); see also Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983).

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's application to proceed in forma pauperis is granted

2. The Federal Defender is appointed to represent petitioner.

3. The Clerk of the Court shall serve a copy of this order and petitioner's habeas corpus petition (ECF No. 1) on the Federal Defender, Attention: Habeas Appointment.

4. A status conference is set for March 29, 2018, at 10:00 a.m., before the undersigned.

5. All parties shall appear at the status conference by counsel.

6. Fourteen days prior to the conference, the parties shall file and serve status reports which address the timing and order of the following matters:

      a.  Discovery and investigations;

      b.  Anticipated motions;

      c.  The need for and timing of an evidentiary hearing;

      d.  Enumeration and resolution of unexhausted claims; and

      e.  Possible future amendments to the pleadings.

The parties are advised that failure to timely file a status report may result in sanctions.

7. The Clerk of the Court shall serve a copy of this order, the form Consent to Proceed Before a United States Magistrate Judge, and a copy of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Tami Krenzin, Supervising Deputy Attorney General.

Dated:  January 31, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Mc2652.app