UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA McCARRICK,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>JANELLE ESPINOZA,<br><br>　　　　　　Respondent. | No. 2: 17-cv-2652 TLN KJN P<br><br><br>ORDER |

Petitioner is a state prisoner, proceeding through counsel, with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. A status conference is set before the undersigned on August 9, 2018. After reviewing the status reports, the undersigned herein vacates the status conference and sets a briefing schedule.

Accordingly, IT IS HEREBY ORDERED that:

1. The August 9, 2018 status conference is vacated;

2. On or before October 18, 2018, petitioner shall file a supplemental brief, including any request for an evidentiary hearing; within sixty days thereafter, respondent shall file a response to the supplemental briefing; petitioner's reply is due within thirty days thereafter.

Dated: August 8, 2018

Mccar2652.ord

/s/ Kendall J. Newman
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE