UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA McCARRICK,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>JANELLE ESPINOZA,<br><br>　　　　　Respondent. | No. 2: 17-cv-2652 TLN KJN P<br><br><br>ORDER |

Petitioner is a state prisoner, proceeding with counsel. Pending before the court are petitioner's motions for extension of time to file supplemental briefing.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's motions for extension of time (ECF Nos. 25, 26) are granted;

2. Petitioner's supplemental briefing is due on or before February 15, 2019; respondent's response is due sixty days thereafter; and petitioner's reply, if any, is due thirty days thereafter.

Dated: December 13, 2018

_Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Mc2652.eot

1