UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA McCARRICK,<br><br>        Petitioner,<br><br>        v.<br><br>JANELLE ESPINOZA, et al.,<br><br>        Respondents. | No. 2: 17-cv-2652 TLN KJN P<br><br><br><br>ORDER |

Petitioner is a state prisoner, proceeding through counsel, with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is petitioner's second unopposed motion for a sixty days extension of time to file a reply to the answer.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's motion for an extension of time (ECF No. 35) is granted;

2. Petitioner's reply to the answer is due on or before October 22, 2019.

Dated: August 23, 2019

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Mccar2652.eot(3)

1